JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 517 -- In re Flight Transportation Corporation Securities Lit.

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/08/02 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS, EXHIBITS AND CERT. OF SVC. -- Defts. Drexel Burnham Lambert, Inc. and Moseley, Hallgarten, Estabrook & Weeden, Inc. (emh) SUGGESTED TRANSFEREE DISTRICT: D. Minnesota  SUGGESTED TRANSFEREE JUDGE:  (emh) |
| 82/08/04 | 2 | REQUEST FOR EXTENSION OF TIME -- filed by pltfs. Keystone Custodian Funds, Inc. An extension is GRANTED to and including September 7, 1982 to pltfs Keystone Custodian Funds, Inc. only, to file a response. (ds) |
| 82/08/12 | | APPEARANCES: W. Foster Wollen for Moseley, Hallgarten, Estabrook & Weeden, Inc.; Thomas F. Curnin for Drexel Burnham Lambert, Inc.; Lowell E. Sachnoff, Pltfs. Steering Committee for Minnesota plaintiffs; James C. Diracles for Putnam High Yield Trust, et al.; Daniel W. Krasner for Emil Gotschlich; Lawrence R. Samuels for CNA Income Shares, Inc.; Daniel A. Pollack for Keystone Custodian Funds, Inc. (emh) |
| 82/08/13 | 3 | REQUEST FOR AN EXTENSION OF TIME -- CNA Income Shares, Inc. Extension granted to and including Sept. 7, 1982 to CNA Income Shares, Inc. only. (emh) |
| 82/08/16 | | APPEARANCES -- JOHN A. COCHRANE, ESQ. for Joyce Hill, etc., Maureen Schleiffer, etc; DAVID J. BERSHAD, ESQ. for Dennis A. Koltun, et al.; EDWARD M. GLENNON, ESQ. for Fox & Company (ds) |
| 82/08/17 | 4 | RESPONSE/BRIEF -- Plaintiffs Steering Committee -- w/cert. of svc. (emh) |
| 82/08/18 | 5 | LETTER -- (Re: Cert. of svc. on original motion) -- Defts. Drexel Burnham Lambert, Inc. -- w/order from D. Minn. emh |
| 82/08/19 | | APPEARANCE: Edward Labaton for Richard I. Schwarzschild (emh) |
| 82/08/19 | | APPEARANCE: Thomas C. Bartsh for James Rubenstein Receiver for Flight Transportation Corp. -- Court Appointed Special Master for MDL-517 (emh) |
| 82/08/20 | | HEARING ORDER -- Setting motion to transfer A-1 thur A-26 for Panel Hearing in Oklahoma City, Oklahoma on Sept. 23, 1982 (ds) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 517

| Date | No. | Pleading Description |
|---|---|---|
| 82/08/20 | 6 | REQUEST FOR EXTENSION OF TIME -- Fox & Company -- GRANTED to and including August 31, 1982 to Fox & Co. ONLY (emh) |
| 82/08/26 | | APPEARANCE: Terence M. Fruth for Ezell Jones, Russell T. Lund, Wardwell M. Montgomery, Delbert E. Oldenburg, Marjorie Terhaar, Larry Walston   (emh) |
| 82/09/02 | | APPEARANCE -- MOSHE BALSAM, ESQ. for Robert L. Gold, et al. (A-1 & A-10)   (ds) |
| 82/09/03 | 7 | RESPONSE -- pltf. Keystone Custodian Fund, Inc. w/cert. of svc.   (ds) |
| 82/09/07 | 8 | RESPONSE, MEMORANDUM, CERT. OF SVC. -- CNA Income Shares, Inc.  (eaf) |
| 82/09/08 | | APPEARANCE-- GERALD M. SINGER, ESQ. for William Rubin   (ds) |
| 82/09/10 | 9 | RESPONSE -- Defts. Fox & Co. w/cert. of svc. (ds) |
| 82/09/10 | 10 | JOINDER IN MOTION -- defts. Jones, Lund, Montomgery, Oldenburg, Terhaar and Walston w/cert. of svc. (ds) |
| 82/09/13 | 11 | REPLY MEMORANDUM, CERT. OF SVC., EXHIBITS -- Defts. Drexel Burnham Lambert Inc. and Moseley, Hallgarten, Estabrook & Weeden Inc.   (eaf) |
| 82/09/14 | 12 | LETTER -- CNA Income Shares, Inc. -- requesting time to reply to pleading No. 10 -- and requesting that 9/23/82 hearing be rescheduled. w/cert. of svc. (ds) |
| 82/09/14 | 14 | REPLY BRIEF -- pltf. CNA Income Shares, Inc. w/Exhibits A, B and cert. of svc.  (ds) |
| 82/09/14 | 13 | CLASS ACTION PLAINTIFFS' REPLY BRIEF -- Class Action Plaintiffs w/exhibits A and B and cert. of svc. (ds) |
| 82/09/17 | | HEARING APPEARANCES for hearing on 9/23/82 in Okla. City, Ok. -- Thomas A. Curnin, Esq. for Drexel Burnham Lambert, Inc.; Francis X. Markey, Esq. for Moseley, Hallgarten, Estabrook & Weeden, Inc.; Edward M. Glennon, Esq. for Fox & Co.; Lowell E. Sachnoff, Esq. for pltfs. Steering Comm.; John A. Cochrane, Esq. for Herman, Hill and Schleiffer; Daniel A. Tollack, Esq. for Keystone Custodian Funds, Inc; Lawrence R. Sauels, Esq. for CNA Income Shares, Inc.; Gerald M. Singer, Esq. for William Rubin.   (eaf) |
| 82/09/17 | | WAIVERS OF ORAL ARGUMENT -- Thomas C. Bartsh, Esq. Ct. appt. special master; James C. Diracles, Esq. for Putnam High Yield Trust, et al.; Edward Labaton, Esq. for Richard Schwarzschild Edward J. Boyle, Esq. for Laidlaw Adams & Peck, Inc.; and Paul M. Bernstein, Esq. for Phyllis Miller.   (eaf) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 517 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/09/17 | 14 | LETTER REQUEST -- of CNA Income Shares to Strike pldg. No. 13 from Class Action plaintiffs w/svc. (ds) |
| 82/09/17 | 15 | LETTER RESPONSE -- Classs Action plaintiffs to pldg. No. 14 from CNA Investment Shares w/svc. (ds) |
| 82/09/17 | 16 | LETTER RESPONSE -- to pldg. No. 12 -- pltfs. Jones, Lund, Montgomery, Oldenburg, Terhaar and Walston w/svc. (ds) |
| 82/09/21 | 17 | LETTER RESPONSE -- re: Letter pldg. No. 14 -- movants Drexel Burnham Lambert Inc., et al. w/cert. of svc. (ds) |
| 82/09/23 | 18 | RESPONSE, EXHIBITS A and B -- CNA Income Share, Inc. -- w/cert. of service (cds) |
| 82/11/02 | | CONSENT OF TRANSFEREE JUDGE for assignment of Litigation to Hon. Charles R. Weiner (E.D., Pa.) sitting in the D. Minn. as Transferee Judge. (ds) |
| 82/11/02 | | TRANSFER ORDER -- transferring A-4 CNA Income Shares, Inc. v. Flight Trans. Corp., et al., from the N.D. Ill. to the D. Minn. for coordinated or consolidated pretrial proceedings. Notified involved judges, clerks, counsel and Misc. recipients. (ds) A-2 Keystone Custodian Funds, Inc., etc. v. Drexel Burnham Lambert, Inc., S.D.N.Y., 82-Civ-4280 was DENIED for §1407 Transfer (ds) |
| 82/12/06 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-40 Kendall College v. Flight Transportation Corp., etal., N.D.Ill. 82C6198 -- Notified involved counsel & judges. (eaf) |

JPML FORM 1A

p.3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 517 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/12/08 | 9 | RESPONSE -- Pan Am -- w/cert. of svc. (emh) |
| 82/12/22 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-40 Kendall College v. Flight Transportation Corp., et al. N.D. Ill., C.A.No. 82C6198 NOTIFIED CLERKS AND JUDGES. (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 517 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE FLIGHT TRANSPORTATION CORPORATION SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates 9/23/82 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 11/2/82 | TO | (unpublished) | D. Minnesota | Charles R. Weiner | E.D. Pennsylvania |

### Special Transferee Information

DATE CLOSED: 10/30/85

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 517 -- In re Flight Transportation Corporation Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Robert L. Gold, et al. v. Flight Transportation Corp., et al. | S.D.N.Y. Griesa | 82 Civ 4295 DO NOT COUNT | | | 8/14/85 D | |
| A-2 | Keystone Custodian Funds, Inc., etc. v. Drexel Burnham Lambert, Inc. | S.D.N.Y. Ward | 82 Civ 4280 DO NOT COUNT | | | DENIED 11/2/82 | |
| A-3 | Richard I. Schwarzschild v. Flight Transportation Corp., et al. | S.D.N.Y. Griesa | 82 Civ 4108 DO NOT COUNT | | | 2/14/83 D | |
| A-4 | CNA Income Shares, Inc. v. Flight Transportation Corp., et al. | N.D.Ill. Bua | 82 Civ 4168 | 11/2/82 | 82-1609 | 10/25/85 D | |
| A-5 | Caroline J. Bender, etc. v. Flight Transportation Corp., et al. | D.Minn. Lord | 4-82-923 | | | 10/25/85 D | |
| A-6 | James J. Donohue v. Flight Transportation Corp., et al. | D.Minn. Lord | 4-82-886 | | | 10/25/85 D | |
| A-7 | Drexel Burnham Lambert, Inc., et al. v. Flight Transportation Corp., et al. | D.Minn. Lord | 4-82-1073 | | | 10/25/85 D | |
| A-8 | Flight Transportation Corp., et al. v. Evanston Insurance Co. | D.Minn. Lord | 3-82-931 DO NOT COUNT | | | 7/21/82 D | |
| A-9 | Andrew Goodman, etc. v. Flight Transportation Corp., et al. | D.Minn. Lord | 4-82-1033 | | | 10/25/85 D | |
| A-10 | Robert L. Gold, et al. v. Flight Transportation | D.Minn. Lord | 4-82-1004 | | | 10/25/85 D | |

DOCKET NO. 517 -- In re Flight Transportation Corporation Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Emil Gotschlich, etc. v. Flight Transportation Corp., et al. | D.Minn. Lord | 4-82-1125 | | | 10/25/85 | |
| A-12 | Joan Gustafson, et al. v. Flight Transportation Corp., et al. | D.Minn. Lord | 4-82-1074 | | | 10/25/85 | |
| A-13 | Joyce Hill, etc. v. Flight Transportation Corp., et al. | D.Minn. Lord | 4-82-1072 | | | 10/25/85 | |
| A-14 | Ronald Knuth v. Flight Transportation Corp., et al. | D.Minn. Lord | 4-82-903 | | | 10/25/85 | |
| A-15 | Denis A. Koltun, et al. v. Flight Transportation Corp., et al. | D.Minn. Lord | 4-82-914 | | | 10/25/85 | |
| A-16 | Stanley F. Koutek, etc. v. Flight Transportation Corp., et al. | D.Minn. Lord | 4-82-898 | | | 10/25/85 | |
| A-17 | Eugene Kreuzkemper, et al. v. Flight Transportation Corp., et al. | D.Minn. Lord | 4-82-1003 | | | 10/25/85 | |
| A-18 | Donald Miller, etc. v. Flight Transportation Corp., et al. | D.Minn. Lord | 4-82-1127 | | | 10/25/85 | |
| A-19 | Phyllis Miller v. Flight Transportation Corp., et al. | D.Minn. Lord | 4-82-1090 | | | 10/25/85 | |
| A-20 | North American Investment Corp., et al. v. Flight Transportation Corp., et al. See XYZ-30 | D.Minn. Lord | 4-82-1124 XYZ-30 | | | | |
| A-21 | Putnam High Yield Trust, et al. v. Flight Transportation Corp., et al. | D.Minn. Lord | 4-82-1052 | | | 10/25/85 | |

DOCKET NO. 517 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-22 | Maureen Schleiffer, etc. v. Flight Transportation Corp., et al. | D.Minn. Lord | 4-82-1071 | | | 10/25/85 D | |
| A-23 | Richard I. Schwarzchild v. Flight Transportation Corp., et al. | D.Minn. Lord | 4-82-888 | | | 10/25/85 D | |
| A-24 | Ann Seaver, etc. v. Flight Transportation Corp., et al. | D.Minn. Lord | 4-82-1089 | | | 10/25/85 D | |
| A-25 | Securities and Exchange Comm. v. Flight Transportation Corp., et al. | D.Minn. | 4-82-874 | | | 10/25/85 D | |
| A-26 | In the Matter of Flight Transportation Corp., a Minnesota Corp., debtor, U.S. Bankruptcy Court for the D. Minn. | | Bky 4-82 Case No. 1154 DO NOT COUNT | | | | |
| XYZ-27 | Bruce Shankman, etc. v. Flight Transportation Corp., et al. | D.Minn. | 4-82-1126 | | | 10/25/85 D | |
| XYZ-28 | Robert Anderson, etc. v. Flight Transportation Corp., et al. | D.Minn. | 82-0944 | | | 10/25/85 D | |
| XYZ-29 | Theodore Herman v. Flight Transportation Corp., et al. | D.Minn. | 82-0989 | | | 10/25/85 D | |
| XYZ-30 | Felix Traygis, et al. v. Flight Transportation Corp., et al. | D.Minn. | 82-1124 | | | 10/25/85 D | |
| XYZ-31 | Grant J. Lovell, et al. v. Flight transportation Corp., et al. | D.Minn. | 82-0945 | | | 10/25/85 D | |
| XYZ-32 | Continental Illinois National Bank and Trust Co. of Chicago v. Flight Transportation Corp. | D.Minn. | 82-1178 | | | 10/25/85 D | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-33 | Securities and Exchange Commission v. Flight Transportation Corp., et al. | D. Minn. | 4-82-874 | | | | listed twice |
| XYZ-34 | ITT Industrial Credit Corp v. Flight Transportation Corp. | D. Minn. | 4-82-1156 | | | 10/25/85 D | |
| XYZ-35 | Selected Special SHares, Inc. v. Flight Transportation Corp., et al. | D. Minn. | 4-82-1198 | | | 10/25/85 D | |
| XYZ-36 | James L. Halbach, et al. Flight Transportation Corp., et al. | D. Minn. | 4-82-1227 | | | 10/25/85 D | |
| XYZ-37 | Leonard Epstein v. Flight Transportation Corp., et al. | D. Minn. | 4-82-1375 | | | 10/25/85 D | |
| XYZ-38 | Two Jacks Inc., et al. v. Flight Transportation Corp., et al. | D. Minn. | 4-82-1430 | | | 10/25/85 | |
| XYZ-39 | First State Bank of Eden Prairie v. Flight Transportation Corp., et al. | D. Minn. | 4-82-2453 | | | 7/8/   D | |
| B-40 | Kendall College v. Flight Transportation Corp., et al. 12/6/82 | N.D.Ill. Will | 82C6198 | 12/22/82 | 4-83-4 | 10/25/85 D | |
| XYZ-41 | Grant J. & James G. Lvoelle v. Flight Transportation Corp., et al. | D. Minn | 4-82-945 | | XYZ-31 | | |
| XYZ-42 | Walston Wings, Inc., et al. v. Flight Transportation Corp., et al. | D. Minn | 4-82-1641 | | | 10/25/85 D | |
| XYZ-43 | Commercial Credit Equip Corp. v. Flight Trans. Corp., et al. | D. Minn. | 4-83-12 | | | 10/25/85 D | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-44 | Minter-Weisman Co. v. Flight Trans. Corp. | D. Minn. | 4-83-42 | | | 10/25/85 D | |
| XYZ-45 | ITT Industrial Credit Co. v. Flight Trans. Corp. | D. Minn. | 4-83-73 | | | 10/25/85 D | |
| XYZ-46 | Russell T. Lund, Jr., et al. v. Opperman & Paquin, et al. | D. Minn. | 4-83-262 | | | 10/25/85 D | |
| XYZ-47 | Chrysler Credit Corporation v. FTC, et al. | D.Minn. | 4-82-CIV-1503 | | | 10/25/85 D | |
| XYZ-48 | Russell T. Lund, Jr., et al v. FTC, et al. | D.Minn. | 4-82-CIV-1578 | | | 10/25/85 D | |
| XYZ-49 | Midway National Bank of St. Paul v. William Rubin | D.Minn. | 4-82-CIV-1582 | | | 10/25/85 D | |
| XYZ-50 | Antinore, Frank P., et al v. James McGovern | D.Minn. | 4-83-CIV-434 | | | 10/30/85 D | |
| XYZ-51 | Antinore, Frank P., et al v. Reavis & McGrath | D.Minn. | 4-83-CIV-435 | | | 10/25/85 D | |
| XYZ-52 | Antinore, Frank P., et al v. John E. Harrington, et al. | D.Minn. | 4-83-CIV-510 | | | 10/25/85 D | |
| XYZ-53 | Antinore, Frank P., et al v. Opperman & Paquin | D.Minn. | 4-83-CIV-581 | | | 10/30/85 D | |
| XYZ-54 | Evanston Insurance Co. v. FTC, et al. | D.Minn. | 4-83-CIV-652 | | | 10/25/85 D | |

DOCKET NO. 517

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| ✓ XYZ-55 | Antinore, Frank P., et al v. Vance K. Opperman, et al. | D. Minn | 4-83-CIV-768 | | | 10/30/85 | |
| ✓ XYZ-56 | Antinore, Frank P., et al. v. Alexander Services, Inc., et al. | D. Minn. | 4-84-CIV-14 | | | 10/25/85 | |
| XYZ-57 | First State Bank of Eden Prairie v. Flight Transportation Corp., et al. | D.Minn. | 4-82-1453 | | | 9-8-83 | |

*July 1984 — 11 XYZ / 1-Dis / 48 Pdg.*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| XYZ-58 | ~~Evenston Insco. v. William Rubin~~, et al. XYZ-54 | D. Minn. | 4-84-899 DO NOT COUNT | | | | |
| XYZ-59 | Jones, Ezell, et al. v. Norwest Bank Minneapolis, N.A., et al. | D. Minn. | 4-84-1069 | | | 10/25/85 D | |
| XYZ-60 | Antinore, Frank P., et al. v. Norwest Bank Minneapolis, N.A., et al. | D. Minn. | 4-84-1179 | | | 10/25/85 D | |
| XYZ-61 | Fox & Co. v. McGovern, Opperman & Paquin, et al. | D. Minn. | 4-84-1243 | | | 10/25/85 D | |
| XYZ-62 | Fox & Co. v. Reavis & McGrath | D. Minn. | 4-84-1244 | | | 10/25/85 D | |
| XYZ-63 | Continental Ill Natl Bank, et al. v. Norwest Bank Calhoun-Isles, N.A. | D. Minn | 4-84-1253 | | | 10/25/85 D | |
| XYZ-64 | Fox & Co. v. Norwest Bank Calhoun-Isles, N.A. | D.Minn | 4-85-152 | | | 10/25/85 D | |

*July 1985 — 1 Dis; 7 XYZ; 54 Pdg.*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 517 -- In re Flight Transportation Corporation Securities Litigation

---

ROBERT L. GOLD, ET AL. (A-1 & A-10)
Moshe Balsam, Esq.
Schoengold & Sporn, P.C.
217 Broadway
New York, New York 10007

KEYSTONE CUSTODIAN FUNDS, INC., ETC. (A-2)
Daniel A. Pollack, Esquire
Pollack & Kaminsky
61 Broadway, Suite 2500
New York, New York 10006

RICHARD I. SCHWARZSCHILD (A-3 & A-23)
Edward Labaton, Esquire
Kass, Goodking, Wechsler & Labaton
122 East 42nd Street
New York, New York 10168

CNA INCOME SHARES, INC. (A-4)
Lawrence R. Samuels, Esquire
Sonnenschein Carlin Nath
  & Rosenthal
8000 Sears Tower
Chicago, Illinois 60606

CAROLINE J. BENDER, ETC. (A-5)
JAMES J. DONOHUE (A-6)
ANDREW GOODMAN, ETC. (A-9)
JOAN GUSTAFSON, ET AL. (A-12)
RONALD KNUTH (A-14)
STANLEY F. KOUTEK, ETC. (A-16)
EUGENE KREUZKEMPER, ET AL. (A-17)
DONALD MILLER, ETC. (A-18)

cont'd over in next column

PHYLLIS MILLER (A-19)
NORTH AMERICAN INVESTMENT CORP.,
  ET AL. (A-20)
ANN SEAVER, ETC. (A-24)
SECURITIES AND EXCHANGE COMM. (A-25)
Lowell E. Schnoff, Esquire
Sachnoff, Weaver & Robenstein, Ltd.
One IBM Plaza, Suite 4700
Chicago, Illinois 60611

EMIL GOTSCHLICH, ETC. (A-11)
Daniel W. Krasner, Esquire
Wolf, Haldenstein, Adler, Freeman,
  & Herz
270 Madison Avenue
New York, New York 10016

JOYCE HILL, ETC. (A-13)
MAUREEN SCHLEIFFER, ETC. (A-22)
John A. Cochrane, Esquire
Cochrane & Bresnahan
360 Wabasha Street
Suite 500
St. Paul, Minnesota 55102

DENNIS A. KOLTUN, ET AL. (A-15)
David J. Bershad, Esquire
Milberg, Weiss, Bershad & Specthrie
One Pennsylvania Plaza
New York, New York 10119

PUTNAM HIGH YIELD TRUST, ET AL. (A-21)
James C. Diracles, Esquire
Best & Flanagan
4040 IDS Center
Minneapolis, Minnesota 55402

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 517 --

| | |
|---|---|
| FLIGHT TRANSPORTATION CORP.(pltf. in A-8) <br> **WILLIAM RUBIN** <br> Gerald M. Singer, Esquire <br> Meshbinger, Singer & Spence <br> 1616 Park Avenue <br> Minneapolis, Minnesota  55404 <br><br> DREXEL BURNHAM LAMBERT INC.(pltf. in A-7) <br> Thomas F. Curnin, Esquire <br> Cahill, Gordon & Reindel <br> 80 Pine Street <br> New York, New York  10005 <br><br> MOSELEY, HALLGARTEN, ESTABROOK <br>  & WEEDEN, INC. <br> W. Foster Wollen, Esquire <br> Shearman & Sterling <br> 53 Wall Street <br> New York, New York <br><br> FOX & COMPANY <br> Edward M. Glennon, Esquire <br> Lindquist & Vennum <br> 4200 IDS Center <br> 80 South 8th Street <br> Minneapolis, Minnesota  55402 <br><br> LAIDLAW, ADAMS & PECK <br> Edward J. Boyle, Esquire <br> Hall, McNicol, Hamilton, Clark & Murray <br> The News Building <br> 220 East 42nd Street <br> New York, New York  10017 <br><br> JANET KARKI <br> Joseph Friedberg, Esquire <br> 400 Marquette Avenue <br> Minneapolis, Minnesota  55402 | ALSTEAD, STRANGIS & DEMPSEY, INC. <br> Thomas P. Malone, Esquire <br> Curtin & Mahoney <br> 1908 IDS Center <br> Minneapolis, Minnesota  55402 <br><br> JOHN M. CRACRAFT <br> Kenneth Gleason, Esq. <br> Keith A. Dunde, Esq. <br> Mahoney, Dougherty & Mahoney <br> 801 Park Avenue <br> Minneapolis, Minnesota  55404 <br><br> COURT APPOINTED SPECIAL MASTER <br> Thomas Bartsh, Esquire <br> Bartsh & McIntosh <br> Grain Exchange <br> Minneapolis, Minnesota  55415 <br><br> EZELL JONES <br> RUSSELL T. LUND, JR. <br> WARDWELL M. MONTGOMERY <br> DELBERT E. OLDENBURG <br> MARJORIE TERHAAR <br> LARRY WALSTON <br> Terence M. Fruth, Esquire <br> Ted S. Meikle, Esq. <br> Fredrikson, Byron, Colborn, <br>   Bisbee & Hansen <br> 4744 IDS Center <br> Minneapolis, Minnesota  55402 <br><br> BRIAN MILLER <br> JACK ADAMS, JR. <br> EVANSTON INSURANCE CO. <br> Unable to determine counsel <br> or address for above defendants |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 517 --

---

BRUCE SHANKMAN, ETC. (XYZ-27)
Fishman, Merrick & Perlman, P.C.
30 North LaSalle Street
Suite 3600
Chicago, Illinois 60602

Gainsley, Squier, Thorsen & McTaggart
88 South 6th Street
Suite 920
Minneapolis, Minnesota 55402

ROBERT ANDERSON, ETC. (XYZ-28)
Ann M. Norton, Esq.
William F. Messinger, Esq.
Messinger, Cooper & Norton
1200 Builders Exchange Building
609 Second Avenue South
Minneapolis, Minnesota 55402

THEODORE HERMAN (XYZ-29)
John A. Cochrane, Esq.
 (See A-13 for address)

---

Leonard Barrack, Esq.
Barrack, Rodos & McMahon
2000 Market Street
Philadelphia, Pennsylvania 19103

FELIX TRAYGIS, ET AL. (XYZ-30)
Lawrence J. Hayes, Esq.
Maun, Green, Hayes, Simon, Johanneson
 & Brehl
332 Hamm Building
St. Paul, Minnesota 55102

James L. Fox, Esq.
Abramson & Fox
One East Wacker Drive
Chicgao, Illinois 60601

---

GRANT J. LOVELL, ET AL. (XYZ-31)
Wood R. Foster, Jr., Esq.
Grossman, Karlins, Siegel & Brill
100 Washington Square
Suite 1350
Minneapolis, Minnesota 55401

CONTINENTAL ILLINOIS NATIONAL BANK
 AND TRUST CO. OF CHICAGO (XYZ-32)
James R. Safley, Esq.
Robins, Zelle, Larson & Kaplan
33 South Fifth Street
Minneapolis, Minnesota 55402

SECURITIES & EXCHANGE COMMISSION (XYZ-33)
Phillip L. Stern, Esquire
Securities and Exchange Commission
219 South Dearborn St.
Room 1204
Chicago, Illinois  60604

Intevenor Plaintiff (XYZ-23)
Greyhound Leasing Co.
Edward J. Callahan, Jr., Esq.
Gray, Plant, Mooty, Mooty &
  Bennett
3000 Roanoke Building
Minneapolis, Minnesota  55402

ITT INDUSTRIAL CREDIT CO. (XYZ-34)
Brian F. Leonard, Esquire
900 Northwestern National Bank Bldg.
St. Paul, Minn.  55101

```
JPML FORM 4A -- Continuation
                              Panel Attorney Service List -- p. __4__

DOCKET NO. _517_ -- _____
```

**SELECTED SPECIAL SHARES, INC. (XYZ-35)**
Barry T. McNamara, Esq.
30 North LaSalle St.
Suite 3100
Chicago, Il. 60602

**JAMES L. HALBACH (XYZ-36)**
Gordon B. Conn, Esquire
Faegre & Benson
1300 Northwestern Bank Bldg.
Minneapolis, Minn. 55402

**LEONARD EPSTEIN (XYZ-37)**
Bruce K. Cohen, Esquire
22nd Fl, Architects Bldg.
117 S. 17th St.
Philadelphia, Pa. 19103

**TWO JACKS, INC., ET AL. (XYZ-38)**
Leonard J. Keyes, Esquire
2452 IDS Center
Minneapolis, Minn.

**FIRST STATE BANK OF ENDEN PRARIE (XYZ-39)**
Gary Philstrom, Esquire
7400 Metro Boulevard, Suite 411
Edina Minnesota 55435

**KENDALL COLLEGE (B-40)**
Lawrence R. Samuels, Esq.
(See A-4 for address)

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 517 -- In re Flight Transportation Corporation Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Flight Transportation Corp. | A-1,3,4,5,6,7,9,10,11,12,13,14,15,16,17,18,19,20,21, 22,23,24,25, XY2-27 thru XY2-32 33,34,35,36, 37, 39, B-40 |
| FTC Executive Air Charter, Inc. | A-1,7,8,10,11,12,14,16,17,18,20,22,23,24,25, XY2-27 33,35,36, XY2-28,29,30,31,33 |
| FTC Cayman, Ltd. | A-1,7,10,12,14,17,18,20,24,25, XY2-27,28,29,32 33,35 |
| Laidlaw Adams & Peck | A-1,6,9,10,11,12,14,16,17,22, XY2-28,29,30 38, |
| Alstead Strangis & Dempsey | A-1,6,9,10,11,12,14,16,17,22, XY2-28,29,30,31 |
| Drexel Burnham & Lambert | A-1,2,3,4,5,6,10,12,14,15,17,18,21,23,24, XY2-27 28,30, B-40 37, |
| Moseley Hallgarten Estabrook & Weeden, Inc. | A-1,3,4,5,6,10,12,14,15,17,18,21,23,24, XY2-27,28 29,30, B-40 37, |
| Fox & Company | A-1,3,4,5,6,9,10,11,12,13,14,15,16,17,18,19,21,22, 23,24, 36, 37, 39, XY2-27,28,29,30,31,32, B-40 |
| John M. Cracraft, C.P.A. | A-1,6,10,12,14,15,17, 28,29 36, |
| William Rubin | A-1,3,4,5,6,9,10,11,12,13,14,15,16,17,18,19,20,21, 22,23,24,25, XY2-27,28,29,30,31,32, 35,36,37, B-40 |
| Janet Karki | A-1,3,4,5,6,7,9,10,11,12,13,14,15,16,17,18,19,21, 22,23,24, 36, 37, XY2-27,28,29,30,31,32, B-40 |

| Name | References |
|---|---|
| Russell T. Lund, Jr. | A-1,4,5,6,9,10,11,12,13,14,15,16,17,18,19,21,22,24 XYZ-27,28,29,30,31,32, B-40 36,37 |
| Brian Miller | A-1,4,5,6,9,10,11,13,14,15,16,17,18,19,21,22,24 XYZ-27,29,30,31,32, B-40 36,37 |
| Delbert E. Oldenburg | A-1,4,5,6,9,10,11,13,14,15,16,17,18,21,22,24, XYZ-27 29,30,31,32, B-40 36,37 |
| Larry Walston | A-1,4,6,12,13,14,15,17,21, XYZ-27,28,29,30,32, B-40 36 |
| Jack Adams | A-1,4,6,13,14,15,17,21, XYZ-27,29,30, B-40 |
| Wardwell M. Montgomery | A-1,3,4,5,6,9,10,11,12,13,14,16,17,18,21,22,23,24 XYZ-27,28,29,30,31,32, B-40 36,37 |
| Ezell Jones | A-1,3,4,5,6,9,10,11,13,14,15,16,17,21,22,23 XYZ-27,29,30,31,32, B-40 36,37 |
| Marjorie Terhaar | A-1,3,4,5,6,9,10,11,13,14,15,16,17,21,22,23, XYZ-27 29,30,31,32, B-40 36,37 |
| Evanston Insurance Co. | A-8 |
| James Rubenstein | A-21,36,39 |
| John Doe & XYZ Co. | XYZ-28,31,32 |